UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

            Plaintiffs,

-against-

PRIMEX, INC.

            Defendant.

Case No. 1:20-cv-05507-GHW

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
            October 28, 2020

                                                      Respectfully submitted,

                                                        *By: /s/ Mars Khaimov*
                                                        Mars Khaimov, Esq.
                                                        Mars Khaimov Law, PLLC
                                                        10826 64th Avenue, Second Floor
                                                        Forest Hills, New York 11375
                                                        marskhaimovlaw@gmail.com
                                                        *Attorneys for Plaintiff*